# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VANS INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-cv-06225 |
| v. | ) |
| | ) Judge: Der-Yeghiayan |
| CUT FLOWERS WHOLESALE, INC. | ) Magistrate Judge: Mason |
| Defendant. | ) |

**PLAINTIFF VANS INC.**
**NOTIFICATION PURSUANT TO LOCAL RULE 3.2**

Plaintiff VANS INC. makes the following disclosure pursuant to Local Rule 3.2. VANS INC. has no parent corporations and no publicly held company owns ten percent (10%) or more of its stock.

Dated: November 2, 2007            Respectfully submitted,

By: s/ Kevin W. Guynn

Kevin W. Guynn  (ARDC No. 3124379)
Thomas R. Fitzsimons (ARDC No. 6224925)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080