## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Vans Inc.
                Plaintiff,

v.                            Case No.: 1:07–cv–06225
                                         Honorable Samuel Der–Yeghiayan

Cut Flowers Wholesale, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan : Counsel for the Plaintiff has advised this Court's Courtroom Deputy that the parties have reached a settlement in principle. Status hearing reset to 01/23/2008 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.