IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VANS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:07-cv-6225 |
| | ) |
| v. | ) Judge Samuel Der-Yeghiayan |
| | ) |
| CUT FLOWERS WHOLESALE, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Plaintiff VANS INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby requests that this action be dismissed with prejudice.

Dated: JAN 15, 2008

Kevin W. Guynn (3124379)
kguynn@gbclaw.net
Thomas Fitzsimons (6224925)
tfitzsimons@gbclaw.net
GREER, BURNS & CRAIN LTD.
300 W. Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 360-0080
FAX (312) 360-9315
Ill. Reg. No. 6279619
Attorneys for Plaintiff