# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6225 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Vans Inc vs. Cut Flowers Wholesale, Inc | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) [10], the instant action is hereby dismissed with prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|